FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 MAR -1 AM 11:5[?]
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FR. MEYER SOHN NORTHAN AMERICAN, LLC, | ) ) ) |
| Plaintiff and Counter Defendant, | ) ) ) ) |
| v. | ) CASE NO. CV412-226 |
| NORDANA (USA), INC., | ) ) ) |
| Defendant and Counterclaimant. | ) ) ) ) |

### O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this <u>1ST</u> day of March 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA